| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: **1/13/06** |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **4:31 - 4:34** |

- √ **INITIAL APPEARANCE**
- ❒ **DETENTION HEARING**
- ❒ **REMOVAL HEARING (R.40)**
- ❒ **ARRAIGNMENT**
- ❒ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❒ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:05MJ-005-CSC     **DEFT. NAME:** JORGE GOMEZ

**USA:** SUSAN REDMOND     **ATTY:** SAMUEL WALKER

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √ ) CDO ;

**USPTSO/USPO:** _____

Defendant _____ does __√__ does NOT need an interpreter;
Interpreter present __√__ NO _____ YES     NAME _____

---

- √ **Kars.**     Date of Arrest **1/13/06**     or    ❒ karsr40
- √ **kia.**     Deft. First Appearance. Advised of rights/charges.   √ Pro/Sup Rel Violator
- √ **Finaff.**   Financial Affidavit executed  ❒ to be obtained by PTSO
- √ **koappted**   **ORAL ORDER** appointing Community Defender Organization   -  **Notice to be filed.**
- ❒ **20appt.**   Panel Attorney Appointed; ❒ to be appointed - prepare voucher
- ❒    Deft. Advises he will retain counsel.  Has retained _____
- ❒    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❒ To be followed by written motion;
- ❒    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❒    **DETENTION HRG** ❒ held; ❒ set for _____ ; ❒ **Prelim. Hrg** ❒ Set for _____
- ❒ **kotempdtn.**  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❒ **kodtn.**   **ORDER OF DETENTION PENDING TRIAL** entered
- ❒ **kocondrls.**  Release order entered. ❒ Deft. advised of conditions of release.
- ❒ **kbnd.**    ❒ **BOND EXECUTED** (M/D AL charges) $ _____   Deft released (kloc LR)
          ❒ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❒ **Loc.(LC)**   Bond **NOT** executed. Deft to remain in Marshal's custody
- ❒ **ko.**     Deft. **ORDERED REMOVED** to originating district
- ❒ **kwvprl.**   Waiver of ❒ Preliminary hearing; ❒ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❒    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ❒ **Karr.**    **ARRAIGNMENT** SET FOR: _____  ❒ **HELD.** Plea of **NOT GUILTY** entered.
        ❒ **Trial Term** _____ ;  ❒ **PRETRIAL CONFERENCE DATE:** _____
        ❒ **DISCOVERY DISCLOSURES DATE:** _____
- ❒ **Krmknn.**   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❒ **krmvhrg.**   Identity/Removal Hearing set for _____
- ❒ **Kwvspt**   **Waiver of Speedy Trial Act Rights Executed**.

***** Court **ORDERS** that the deft be transferred to the Southern District.