IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06MJ05-CSC |
| ) | |
| JORGE GOMEZ ) | |

## **ORDER**

The defendant was arrested in this district on a warrant issued by the United States District Court for the Southern District of Texas charging the defendant with a violation of the conditions of pretrial release imposed on him on April 2, 2004. The court conducted an initial appearance on January 13, 2006, advising the defendant of his right to remain silent, his right to counsel and the charges on which he was arrested. The defendant did not contest his identity. Accordingly, it is

ORDERED that the defendant be transferred to the United States District Court for the Southern District of Texas for further proceedings in accordance with the Bail Reform Act, 18 U.S.C. §§ 3141, et seq.

Done this 18th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE